IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JIMMY SHANE CANTRELL
ADC # 98730                                                                                           PLAINTIFF

V.                              NO. 5:11CV00289-JMM-BD

JOHNNIE E. HUDSON, *et al.*                                                              DEFENDANTS

## ORDER

The summons issued for Defendant Johnnie E. Hudson through the Arkansas Department of Correction, ("ADC") Compliance Division was returned unexecuted, but with a notation that Mr. Hudson is no longer employed by the ADC. The ADC has provided Mr. Hudson's last-known address under seal. (Docket entry #15)

The Clerk of Court is requested to re-issue a summons for Mr. Hudson. The United States Marshal is directed to serve a copy of the Complaint and Amended Complaint (#2, #8) with any attachments, and the summons, on Mr. Hudson at the address provided under seal.

IT IS SO ORDERED this 6th day of March, 2012.

_____
UNITED STATES MAGISTRATE JUDGE