IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JIMMY SHANE CANTRELL, ADC # 98730**                                    **PLAINTIFF**

**V.**                  **CASE NO. 5:11CV00289 JMM/BD**

**JOHNNIE E. HUDSON,** *et al.*                                                **DEFENDANTS**

## ORDER

The Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere has been received, and no objections to the Recommendation have been filed. The Recommendation should be, and hereby is, approved and adopted in all respects.

Accordingly, Mr. Cantrell's motion to amend his complaint (docket entry #36) is DENIED, this 20th day of June, 2012.

_____
UNITED STATES DISTRICT JUDGE