IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JIMMY SHANE CANTRELL, ADC # 98730**                                                                                           **PLAINTIFF**

V.                                            **CASE NO. 5:11CV00289 JMM/BD**

**JOHNNIE E. HUDSON**, *et al.*                                                                                                  **DEFENDANTS**

## ORDER

Mr. Cantrell has filed a motion to compel, which includes a request for additional time to respond to the pending motion for summary judgment. (Docket entry #47). The motion (#47) is DENIED.

Mr. Cantrell has been provided two extensions of time to respond to the motion for summary judgment that was filed over six weeks ago. Although he complains that the disciplinary transcripts, as well as the appeals of his disciplinary convictions, that he requests would prove that he exhausted his administrative remedies, the Court is not persuaded. If Mr. Cantrell failed to follow the ADC grievance policy in fully exhausting his administrative remedies regarding the claims that he has raised in this lawsuit, this Court lacks jurisdiction to hear this case. Mr. Cantrell's response to the pending motion for summary judgment is currently due July 18, 2012.

IT IS SO ORDERED this 10th day of July, 2012.

_____
UNITED STATES MAGISTRATE JUDGE