IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JIMMY SHANE CANTRELL, ADC # 98730**                                                **PLAINTIFF**

**V.**                              **CASE NO. 5:11CV00289 JMM/BD**

**JOHNNIE E. HUDSON,** *et al.*                                                          **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 25th day of September, 2012.

_____
UNITED STATES DISTRICT JUDGE